# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO. 3:14-mj-0028CMK

Jeremiah McDonald          ORDER TO PAY

SOCIAL SECURITY #: ~~_____~~
DATE OF BIRTH: ~~_____~~
DRIVER'S LICENSE #: ~~_____~~
ADDRESS: ~~_____~~
~~_____~~
CITY         STATE       ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 10-7-14          _____
                       DEFENDANT'S SIGNATURE

---

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(X) Fine: $ 340.00  and a penalty assessment of $ 10.00  for a TOTAL AMOUNT OF: $ 350.00  within  9-1-15  ~~days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.~~

( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
completed by 1 year court probation; excluded from U.S. Forest Service lands for one year.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU~~     ~~CLERK, USDC~~              CLERK, USDC
~~PO BOX 70939~~                   ~~2500 TULARE ST., RM. 1501~~  501 I STREET, STE. 4-200
~~CHARLOTTE, NC 28272-0939~~       ~~FRESNO, CA 93721-1322~~      SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 10-7-14          _____
                       U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                                 EDCA-3